# UNITED STATES DISTRICT COURT

SEP 2 4 2013

for the

District of Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. **13-2169 SKG**
Motorola VU204 Cellular Phone: Dec MEID 268435458100601306 )
)
Apple iPhone 4S Cellular Phone, Model #A1387; )
FCC ID: BCG-E2430A )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Refer to Attachment A.

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Refer to Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

   x   evidence of a crime;

   x   contraband, fruits of crime, or other items illegally possessed;

   x   property designed for use, intended for use, or used in committing a crime;

   ☐   a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

The application is based on these facts:

See attached affidavit.

   ☐ Continued on the attached sheet.

   ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jonathan D. Shaffer, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/10/13

*Judge's signature*

City and state: Baltimore, MD      Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*